IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

vs.                                              CASE NO.  1:04-CR-025-SPM

**MARCUS RICHARDS,**

      Defendant.

_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Motion to Continue Sentencing" (doc. 38) filed by Defendant May 3, 2005, in which counsel advises that Defendant, in hopes of obtaining a substantial assistance motion, is currently communicating with the Government about a murder committed by another individual.  The Government is unopposed to the granting of the motion.

For good cause shown, it is

**ORDERED AND ADJUDGED** that sentencing is reset for *Monday, June 13, 2005* at *1:30pm* at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this fourth day of May, 2005.

                                       *s/ Stephan P. Mickle*
                                       Stephan P. Mickle
                                       United States District Judge

/pao