**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

v.   CASE NO.: 1:04-CR-25-SPM/AK

MARCUS H. RICHARDS,

   Defendant.
_____/

### ORDER DENYING MOTION TO REDUCE UNDER 18 U.S.C. § 3582

THIS CAUSE comes before the Court on Defendant's motion to reduce his sentence under the retroactive crack cocaine amendment (Amendments 706 and 711) and 18 U.S.C. § 3582(c) and to appoint counsel (doc. 76) and the Government's response (doc. 77).

Upon review, the Court finds that Defendant is not entitled to a sentence reduction because application of the guideline amendment results in no change to his sentencing range. Defendant was subject to a statutory mandatory minimum sentence, which determined his sentencing range. Because this sentencing range remains the same under the amended guidelines, he is not eligible for a reduction. Accordingly, it is

ORDERED AND ADJUDGED that Defendant's motion to reduce sentence and to appoint counsel (doc. 76) is hereby *denied*.

DONE AND ORDERED this fourteenth day of July, 2008.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge